# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | CASE NO.: 3:03-CR-109 |
|---|---|---|
| | ) | |
| v. | ) | ORDER DIMISSING PETITION |
| | ) | |
| BRAD MONTEGA JACKSON | ) | |

Upon motion of the United States (Doc. No. 264), it is hereby ORDERED that the petition seeking to revoke the defendant's supervised release is DISMISSED. The defendant shall remain on supervised release in accordance with the judgment entered in his case on October 18, 2005.

**SO ORDERED.**

Signed: December 1, 2014

Graham C. Mullen
United States District Judge